UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20737-CR-WILLIAMS

UNITED STATES OF AMERICA

v.

MARCOS LOPEZ RODRIGUEZ,

        Defendant.

_____/

**STIPULATED FACTUAL PROFFER**

Were this case to proceed to trial, the United States of America and Marcos Lopez Rodriguez ("Rodriguez"), by and through his undersigned counsel, agree that the Government would prove the following facts beyond a reasonable doubt:

In November of 2016, Rodriguez worked at Well Fargo as a teller. During that month, a man approached Rodriguez while he was at the gym and informed Rodriguez that he had a friend who could give bank account information to Rodriguez. Rodriguez and the man exchanged phone numbers. In early 2017, Rodriguez received a call from a co-conspirator, who stated that he was the cousin of the man that Rodriguez met in November of 2016. The co-conspirator asked Rodriguez to change Wells Fargo customer account information, without customer authorization, in exchange for $4000 to $8000 in payment per account change. Rodriguez agreed, and the co-conspirator subsequently gave Rodriguez Wells Fargo customers' account information.

On May 7, 2017, armed with the bank account number supplied by the co-conspirator, Rodriguez accessed an account ending in 4565 belonging to L.V. and V.V., and changed the information associated with the account using Rodriguez's Wells Fargo desktop computer. The

changes that Rodriguez made included changing the account address from the accountholder's original Venezuelan address to 28 East 12th Street, Hialeah, Florida. Checks were ordered and sent to the address at 28 East 12th Street, Hialeah, Florida.

On May 16, 2017, a co-conspirator forged and deposited one of the newly ordered checks, drawn on the Wells Fargo account ending in 4565 in the name of L.V. and V.V., into his own Wells Fargo account ending in 4482. The forged check was made out to the co-conspirator for $273,000, and was dated May 16, 2017. The co-conspirator withdrew and transferred the funds from the account ending in 4482 from May 17, 2017 through May 25, 2017. .

The parties agree that these facts, which do not include all facts known to the Government and the Defendant, are sufficient to prove beyond a reasonable doubt the Defendant's guilt with respect to the sole count of the Information, said conduct affecting interstate and foreign commerce.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 12/10/19    By: _____
ROBERT F. MOORE
ASSISTANT UNITED STATES ATTORNEY

Date: 12/10/19    By: _____
WILLIAM R. TUNKEY
ATTORNEY FOR DEFENDANT

Date: 12/10/19    By: _____
MARCOL LOPEZ RODRIGUEZ
DEFENDANT